**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Johnny Ray HARPER, Defendant–Appellant.**

**No. 11–31096**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 19, 2012.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Rebecca Louise Hudsmith, Esq., Federal Public Defender, Federal Public Defender's Office, Lafayette, LA, for Defendant–Appellant.

Johnny Ray Harper, Lompoc, CA, pro se.

Before DAVIS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Johnny Ray Harper has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Harper has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Harper's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Harper's motion for appointment of counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.